## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mallett, Betty J

Printed: 01/06/09

Case Number:  07 B 10082
Judge:  Wedoff, Eugene R
Filed:  6/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  October 30, 2008
Confirmed:  August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,544.28 |  |
| Secured: |  | 2,670.87 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,294.00 |
| Trustee Fee: |  | 371.87 |
| Other Funds: |  | 207.54 |
| Totals: | 6,544.28 | 6,544.28 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,294.00 | 3,294.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 4. | Condor Capital Corp | Secured | 12,462.88 | 2,125.00 |
| 5. | Rescap Mortgage | Secured | 928.49 | 86.22 |
| 6. | GMAC Mortgage Corporation | Secured | 4,218.80 | 459.65 |
| 7. | Premier Bankcard | Unsecured | 51.52 | 0.00 |
| 8. | Nicor Gas | Unsecured | 186.11 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 71.22 | 0.00 |
| 10. | Condor Capital Corp | Unsecured | 25.76 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 54.51 | 0.00 |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 14. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 16. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 17. | LeLand Scott & Associates | Unsecured |  | No Claim Filed |
| 18. | ERS Solutions | Unsecured |  | No Claim Filed |
| 19. | Northwest Collectors | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,293.29 | $ 5,964.87 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mallett, Betty J

Printed: 01/06/09

Case Number:  07 B 10082

Judge:  Wedoff, Eugene R

Filed:  6/5/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 198.26 |
| 6.5% | 149.39 |
| 6.6% | 24.22 |
| | $ 371.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

